ORIGINAL

1  Stephen R. Smerek (SBN: 208343)
   WINSTON & STRAWN LLP
2  333 South Grand Avenue, 38th Floor
   Los Angeles, CA 90071-1543
3  Telephone:   213-615-1700
   Facsimile:   213-615-1750
4  Email: ssmerek@winston.com

5  George C. Lombardi
   Raymond C. Perkins
6  Stephanie S. McCallum
   Kevin E. Warner
7  WINSTON & STRAWN LLP
   35 West Wacker Drive
8  Chicago, IL 60601
   Telephone:   312-558-5600
9  Facsimile:   312-558-5700
   Email: glombardi@winston.com
10

11 *Attorneys for Plaintiff*
   ABBOTT LABORATORIES

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

FILED

2008 AUG 19  PM 4: 29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____K.M._____DEPUTY

12

13            UNITED STATES DISTRICT COURT

14            SOUTHERN DISTRICT OF CALIFORNIA

15 ABBOTT LABORATORIES,              Misc. Action No.   '08 CV 1525 H BLM

16                                   Case No. 07 CV 3428 (MFK)
                  Plaintiff,         Pending in the Northern District of Illinois
17
   v.                               **ABBOTT LABORATORIES' CORPORATE
18                                   DISCLOSURE STATEMENT**
19
   SCANTIBODIES LABORATORY, INC.,
20
21                Defendant.

22

23

24

25

26

27

28

1    Defendant, Abbott Laboratories, by and through its undersigned attorneys, makes the

2    following disclosure to the Court pursuant to Federal Rule of Civil Procedure 7.1:

3    Abbott Laboratories is an independent, publicly held company (NYSE: ABT) that has

4    no partner corporations and no publicly held company owns 10% or more of Abbott's stock.:

5

6    Dated: August 19, 2008

WINSTON & STRAWN LLP



By: _____

Stephen R. Smerek (SBN: 208343)
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750
Email: ssmerek@winston.com

and

George C. Lombardi
Raymond C. Perkins
Stephanie S. McCallum
Kevin E. Warner
35 West Wacker Drive
Chicago, IL  60601
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: glombardi@winston.com

*Attorneys for Plaintiff*
Abbott Laboratories

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Winston & Strawn LLP*
*333 South Grand Avenue*
*Los Angeles, CA 90071-1543*