COPY

Summons in a Civil Action (Rev 11/97)

FILED
2008 AUG 20 PM 12: 11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**PLAINTIFFS**
ABBOTT LABORATORIES

vs

**DEFENDENTS**
SCANTIBODIES LABORATORY, INC.

**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 1525 H BLM

TO: (Name and Address of Defendant)

SCANTIBODIES LABORATORY, INC.
Attn: Allen Garrett, Registered Agent
9336 Abraham Way
Santee, CA 92071

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen R. Smerek
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

George C. Lombardi, Raymond C. Perkins,
Stephanie S. McCallum, Kevin E. Warner
WINSTON & STRAWN LLP
35 West Wacker Drive, Chicago, IL 60601

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

AUG 2 0 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)