Stephen R. Smerek (SBN: 208343)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750
Email: ssmerek@winston.com

George C. Lombardi
Raymond C. Perkins
Stephanie S. McCallum
Kevin E. Warner
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: glombardi@winston.com

*Attorneys for Plaintiff*
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ABBOTT LABORATORIES,<br><br>         Plaintiff,<br><br>v.<br><br>SCANTIBODIES LABORATORY, INC.,<br><br>         Defendant. | Case No.: 08 CV 1525 H (BLM)<br><br>Related case:<br>Case No.:  07 CV 3428 (MFK)<br>Pending in the Northern District of Illinois<br><br>**DECLARATION RE PROOF OF SERVICE** |
|---|---|

# DECLARATION OF STEPHEN R. SMEREK

1. I am a partner with the law firm of Winston & Strawn LLP, counsel of record for Plaintiff, Abbott Laboratories. I make this declaration voluntarily, concerning matters within my personal knowledge.

1. Attached hereto is the original issued Summons and executed Proof of Service evidencing service of various documents on Defendant Scantibodies Laboratory. The documents were served on August 20, 2008, on Allan Garrett, Scantibodies' Agent for Service of Process, at 9343 Wheatlands Road, Santee, California 92071-2860. See Exhibit "A".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of August, 2008, at Los Angeles, California.

/s/ Stephen R. Smerek
Stephen R. Smerek

# CERTIFICATE OF SERVICE

*Abbott Laboratories v. Scantibodies Laboratory, Inc.*

I, Stephen R. Smerek, an attorney at Winston & Strawn LLP, of the office located at 333 South Grand Avenue, 38th Floor, Los Angeles, CA 90071-1543, hereby certify under penalty of perjury that on August 29, 2008, that I caused to be served the following documents entitled:

## DECLARATION RE PROOF OF SERVICE

Said documents were served as indicated below, upon all interested parties at the following addresses:

☒ By Electronic Filing: The above and foregoing document(s) was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following

Edward Patrick Swan, Jr. - pswan@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, CA 92101-3372

Anastasia Heffner - aheffener@usebrinks.com
Glen Belvis - gbelvis@usebrinks.com
BRINKS, HOFER, GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599

James H. Shalek - jshalek@proskauer.com
Baldassare Vinti - bvinti@proskauer.com
John Stellabotte - jstellabottr@proskauer.com
Steven Holinstat - sholinstat@proskauer.com
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299

Cyrus A. Morton - cmorton@rkmc.com
Trevor J. Foster - tjfoster@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

DATED: AUGUST 29, 2008

/s/Stephen R. Smerek
Stephen R. Smerek

# EXHIBIT "A"

Summons in a Civil Action (Rev 11/97)

ORIGINAL

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFFS
ABBOTT LABORATORIES

vs

DEFENDANTS
SCANTIBODIES LABORATORY, INC.

**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 1525 H BLM

TO: (Name and Address of Defendant)

SCANTIBODIES LABORATORY, INC.
Attn: Allen Garrett, Registered Agent
9336 Abraham Way
Santee, CA 92071

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen R. Smerek
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

George C. Lombardi, Raymond C. Perkins,
Stephanie S. McCallum, Kevin E. Warner
WINSTON & STRAWN LLP
35 West Wacker Drive, Chicago, IL 60601

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 2 0 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | | | | |
|---|---|---|---|---|
| WINSTON & STRAWN LLP<br>Stephen R. Smerek, Esq. (SBN 208343)<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90071-1543<br>ATTORNEY FOR (*Name*): Plaintiff ABBOTT LABORATORIES | | (213) 615-1700 | | |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| PLAINTIFF: NORA GARIBOTTI<br>DEFENDANT: JAMES E. McCORMICK III, et al. | | | | |
| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV.: | CASE NUMBER:<br>08 CV 1525 H BLM |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the (*specify document(s)*):
   **SEE ATTACHED LIST**

2. a. Party served: **Scantibodies Laboratory, Inc.**

   b. Person served: **Allan Garrett, Agent for service of process**

   c. Address: **9343 Wheatlands Road**
   **Santee, California 92071-2860**

3. I served the party in item 2
   a. by personally delivering the copies   (1) on (*date*): **08/20/08**
                                            (2) at (*time*): **01:41 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Craig Clemence**
   **Ace Messenger and Attorney Service, Inc.**          a. Fee for service: $
   110 West C Street, Suite 805
   San Diego, California 92101                           b. Registered California process server.
   (619) 235-8400                                           (1) Employee or independent contractor.
                                                            (2) Registration No.: **1424**
                                                            (3) County: **SAN DIEGO**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: **August 22, 2008**

   _____
   (*signature*)

   **ORIGINAL**

982(a)(15.2) [Rev. January 1, 2000]

**PROOF OF SERVICE**

## *ATTACHED LIST OF DOCUMENTS*

## *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF CALIFORNIA*

## *ABBOTT LABORATORIES*
## *v.*
## *SCANTIBODIES LABORATORY, INC.*

## *CASE NUMBER: 08 CV 1525 H BLM*

1. SUMMONS;

2. CIVIL CASE COVER SHEET;

3. ABBOTT LABORATORIES' NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD PARTY SCANTIBODIES LABORATORY, INC., PURSUANT TO RULE 45(C)(2)(B); MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF KEVIN E. WARNER IN SUPPORT THEREOF;

4. [PROPOSED] ORDER GRANTNG ABBOTT LABORATORIES' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ON THIRD PARTY SCANTIBODIES LABORATORY, INC., PURSUANT TO RULE 45(C)(2)(B);;

5. ABBOTT LABORATORIES' CORPORATE DISCLOSURE STATEMENT ;