UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEP 2008

Abbott Laboratories )
)
        Plaintiff )
)  Case No. 08 CV 1525 H (BLM)
vs. )
) **PRO HAC VICE APPLICATION**
Scantibodies Laboratory, Inc. )
)  Abbott Laboratories
        Defendant )  Party Represented
_____)

ORIGINAL

I, Kevin E. Warner  hereby petition the above entitled court to permit me
     (Applicant)
to appear and participate in this case and in support of petition state:

My firm name:    Winston & Strawn LLP
Street address:    35 West Wacker Drive
City, State, ZIP:  Chicago, IL 60601
Phone number:   (312) 558-5600

That on November 6, 2003   I was admitted to practice before Supreme Court of Illinois
        (Date)                                                         (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**
Title of case _____

Case number _____ Date of application _____

Application    ☐ granted    ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Stephen R. Smerek                       (213) 615-1700
(Name)                                          (Telephone)
Winston & Strawn LLP
(Firm)
333 South Grand Avenue,     Los Angeles, CA        90071
(Street)                       (City)                           (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____ 08-28-08
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



Date 8/29/08

t is so Ordered

_____

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

## CERTIFICATE OF SERVICE

*Abbott Laboratories v. Scantibodies Laboratory, Inc.*

I, Stephen R. Smerek, an attorney at Winston & Strawn LLP, of the office located at 333 South Grand Avenue, 38th Floor, Los Angeles, CA 90071-1543, hereby certify under penalty of perjury that on August 28, 2008, that I caused to be served the following documents entitled:

# NOTICE OF PRO HAC VICE APPLICATION

Said documents were served as indicated below, upon all interested parties at the following addresses:

   **VIA EMAIL AT THE ADDRESSES LISTED BELOW AND U.S. MAIL**

Edward Patrick Swan, Jr. - pswan@luce.com
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, CA 92101-3372

Anastasia Heffner - aheffener@usebrinks.com
Glen Belvis - gbelvis@usebrinks.com
BRINKS, HOFER, GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599

James H. Shalek - jshalek@proskauer.com
Baldassare Vinti - bvinti@proskauer.com
John Stellabotte - jstellabottr@proskauer.com
Steven Holinstat - sholinstat@proskauer.com
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299

Cyrus A. Morton - cmorton@rkmc.com
Trevor J. Foster - tjfoster@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

DATED: AUGUST 28, 2008

                                                              /s/Stephen R. Smerek
                                                             Stephen R. Smerek